# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:99CR198-ID-01 |
| Corey Brown ) | USM No: 10597-002 |
| Date of Previous Judgment: 7/26/2000 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

  X  DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 24 | Amended Offense Level: | N/A |
| Criminal History Category: | II | Criminal History Category: | |
| Previous Guideline Range: | 120 to 120 months | Amended Guideline Range: | _____ to _____ months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other (explain):   Defendant is not eligible for a reduction. Previous sentence was the statutory mandatory minimum sentence.

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  7/26/2000  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: **September 8, 2008**

_____
Judge's signature

Effective Date: **September 22, 2008**
(if different from order date)

Ira DeMent, Senior U.S. District Judge
Printed name and title